UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---------------------------------------------------
                                              :
KEVIN K. SCOTT,                               :
                                              :        CASE NO. 1:12-CV-00478
                    Plaintiff,                :
                                              :
vs.                                           :        OPINION & ORDER
                                              :        [Resolving Docs. 1, 18]
COMMISSIONER OF SOCIAL                        :
SECURITY,                                     :
                                              :
                    Defendant.                :
                                              :
---------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

     On February, 28, 2012, Plaintiff Kevin Scott filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny him benefits.  [Doc. 1.]  The matter was referred to Magistrate Judge Vernelis K. Armstrong under Local Rule 72.2.  On January 3, 2013, Magistrate Judge Armstrong issued a Report and Recommendation that recommended this Court affirm the Commissioner's decision.  [Doc. 18.]

     The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within fourteen days of service.  *Id.*; Fed. R. Civ. P. 72(b)(2).  Failure to object within this time waives a party's right to appeal the district court's judgment.  *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Absent objection, a district court may adopt the magistrate judge's report without review.  *See Thomas*, 474 U.S. at 149.

Case No. 1:12-CV-00478
Gwin, J.

In this case, neither party has objected to the Report and Recommendation.  Moreover, having conducted its own review of the record and the parties' briefs, the Court agrees with the recommendation of Magistrate Judge Armstrong that the Court affirm the Commissioner's decision.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Armstrong's Report and Recommendation and incorporates it fully herein by reference, and **DISMISSES** Plaintiff Scott's complaint.

IT IS SO ORDERED.


Dated: January 22, 2013                    *s/      James S. Gwin*
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE